Bankruptcy Law
Oct. 8, 2024, 7:38 PM EDT

# AES Andes to Sell $224M Electricity-Linked Pay Documents to IIC

By Jose Orozco

AES Andes signed an agreement to sell up to $224m of payment documents to Inter-American Investment Corporation, according to a filing.

As part of deal, AES Andes agreed to sell company-issued payment documents to IDB Invest as part of a mechanism linked to the Chilean law governing stabilization of electricity prices

Chile's stabilization fund for electricity prices is for up to $5.5b

NOTE, Oct. 7: Enel Generacion Signs Purchase Facility Agreement W/ IDB Invest

To view the source of this information click here

To contact the reporter on this story:
Jose Orozco in Mexico City at jorozco8@bloomberg.net

To contact ...

© 2024 Bloomberg Industry Group, Inc.　All Rights Reserved