FLOYD_____ZADKOVICH

**Katherine Polk Failla**
**United States District Court**
**Southern District of New York**
**40 Foley Square, Room 2103**
**New York, NY 10007**
**Failla_NYSDChambersnysd.uscourts.gov**

Eva-Maria Mayer
Senior Associate
eva.mayer@floydzad.com
+1 (617) 943 7957

April 1, 2025
Case No. US489

Honorable Judge Failla:

**Re: Joint Letter Status Update - SwissMarine Pte. Ltd. v. AES Andes S.A. (f/k/a AES GENER S.A.) Civil Action No: 1:24-cv-08658-KPF**

We represent Plaintiff, SwissMarine Pte. Ltd. ("**SwissMarine**"), in the above referenced matter. We write jointly with counsel for Defendant AES Andes S.A. (f/k/a AES GENER S.A.) ("**AES**") pursuant to this Court's Order dated January 3, 2025, to provide the Court with a Status Update. (Dkt. 16.)

As the Parties previously informed the Court, this action has been brought pursuant to the Federal Rules of Civil Procedure and Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure. (Dkt. 14.) The merits of the underlying dispute are subject to an arbitration before the Society of Maritime Arbitrators (the "**Arbitration**").

The Arbitration remains ongoing with a final hearing now scheduled for April 16, 2025.

As the Arbitration remains ongoing and will conclude in short order, the Parties do not see a need for a case management plan at this time. Further, the Parties hereby respectfully request that the Court order the Parties to file a joint status report providing the Court with a status update regarding: 1) whether the Arbitration has been concluded or remains pending; 2) if the Arbitration remains pending an estimated time until the rendering of the final arbitration award; and 3) the need for a case management plan, no later than May 30, 2025.

Respectfully submitted,

*Eva-Maria Mayer*

Eva-Maria Mayer

**FLOYD ZADKOVICH (US) LLP**

33 East 33rd St. (9th Floor, Suite 905), New York, NY 10016 USA

Floyd Zadkovich (US) LLP is a limited liability partnership established in the State of New York, advising only on laws of the United States of America. Floyd Zadkovich (US) LLP is a member firm of Floyd Zadkovich (a Swiss Verein). Each member of the Swiss Verein is separately insured and practices law independently of other member firms. The Swiss Verein does not provide any legal services.